UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REBEKAH KRENNING,

*Plaintiff*,

v.

MIAMI VALLEY AERIE 1395 F.O.E.,

*Defendant*.

Case No. 1:21-cv-772

Judge Jeffery P. Hopkins

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by Magistrate Judge Bowman that this case has settled.

It is therefore **ORDERED** that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: August 17, 2023

Hon. Jeffery P. Hopkins
United States District Judge